**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Restorative Brain Clinic, Inc.** | |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-0518778** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **9229 Ward Parkway, Ste. 104**<br>**Kansas City, MO 64114**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Jackson**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.restorativebrain.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Restorative Brain Clinic, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6211**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

7/13/21 12:56PM

Debtor    **Restorative Brain Clinic, Inc.**                                      Case number (*if known*) _____
          <u>Name</u>

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____

District _____  When _____  Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br><br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br>**Where is the property?** _____<br>                           Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

| | |
|---|---|
| ■ | **Statistical and administrative information** |

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .  *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

7/13/21 12:56PM

Debtor    **Restorative Brain Clinic, Inc.**

Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Restorative Brain Clinic, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 13, 2021**
MM / DD / YYYY

**X /s/ William (Bill) Said**
Signature of authorized representative of debtor

**William (Bill) Said**
Printed name

Title   **President**

---

**18. Signature of attorney**

**X /s/ Ryan A. Blay**
Signature of attorney for debtor

Date   **July 13, 2021**
MM / DD / YYYY

**Ryan A. Blay KS-001066**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone   **(913) 422-0909**      Email address   **bankruptcy@wagonergroup.com**

**KS-001066 MO**
Bar number and State

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re  **Restorative Brain Clinic, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................ $   **$300 per hour for attorneys; $125 per hour for paralegals and law clerks, not in the nature of clerical work**

Prior to the filing of this statement I have received ............................... $   **$8,262.00**

Balance Due ......................................................................................... $   **$300 per hour for attorneys; $125 per hour for paralegals and law clerks, not in the nature of clerical work**

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

In re    **Restorative Brain Clinic, Inc.** _____    Case No. _____
                            Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 29, 2021** | **/s/ Ryan A. Blay** |
| *Date* | **Ryan A. Blay KS-001066** |
| | *Signature of Attorney* |
| | **WM Law, PC** |
| | **15095 West 116th Street** |
| | **Olathe, KS 66062** |
| | **(913) 422-0909  Fax: (913) 428-8549** |
| | **bankruptcy@wagonergroup.com** |
| | *Name of law firm* |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Restorative Brain Clinic, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF MISSOURI</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on __July 13, 2021__ | X /s/ William (Bill) Said |
| | Signature of individual signing on behalf of debtor |
| | **William (Bill) Said** |
| | Printed name |
| | **President** |
| | Position or relationship to debtor |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Restorative Brain Clinic, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADP** 16011 College Blvd. Lenexa, KS 66219 | | services performed | | | | **$2,300.00** |
| **Ameris Bank Corp.** 285 S Broad St. Ellaville, GA 31806 | | judgment in Jackson County Circuit Court Case No. 1916-CV22821; equipment as collateral | | **$80,569.33** | **$45,000.00** | **$35,569.33** |
| **Ascentium Capital, LLC Dressler Peters, LLC** 901 E. St. Louis St, Ste. 200 Springfield, MO 65806 | | Sciex 4500 machine | | **$220,000.00** | **$180,000.00** | **$40,000.00** |
| **BANK OF AMERICA** PO BOX 982238 El Paso, TX 79998-2238 | | overdrafted bank accounts | | | | **$1,100.00** |
| **Bank of Blue Valley** 11935 Riley Overland Park, KS 66225 | | UCC File Number 1808011812370 All assets of Debtor Without Lender/Secured Party's written approval, Borrower/Debtor/ Grantor will not pledge, factor | | **$22,500.00** | **Unknown** | **Unknown** |

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CT Lien Solutions PO Box 3248 Houston, TX 77253-3248** | | **The equipment, personal prooerty and other assets (collectively, 'Property'), financed under, covered by or described in the lease, rental equipment f** | | **Unknown** | **Unknown** | **Unknown** |
| **CT Lien Solutions PO Box 3248 Houston, TX 77253-3248** | | **The equipment, personal property and other assets (collectively, 'Property'), financed under, covered by or described in the lease, rental equipment f** | | **Unknown** | **Unknown** | **Unknown** |
| **De Lage Landen Financial Services, Inc. 1111 Old Eagle School Road Wayne, PA 19087** | | **The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment** | | **$150,000.00** | **Unknown** | **Unknown** |
| **Dr. Hemant Thakur 13425 73rd Ave N Seminole, FL 33776** | | **back wages from 2020** | | | | **$120,000.00** |
| **Dr. Mahmoud Wahba 8009 West 113th Terrace Overland Park, KS 66210** | | **Judgment in Jackson County, Missouri Circuit Court Case No. 1916-CV29449** | | | | **$91,600.00** |
| **Gary Neilsen 14512 Grandview St. Overland Park, KS 66221** | | **loan(s) to business** | | | | **$40,000.00** |
| **Internal Revenue Service Centralized Insolvency Ops Post Office Box 7346 Philadelphia, PA 19101-7346** | | **2019 tax liabiltiies** | | | | **$19,300.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

| Debtor | **Restorative Brain Clinic, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LHRET Ascension SJ, LLC** **c/o Troppito Miller Griffin** **105 E Fifth St, Ste. 500** **Kansas City, MO 64106** | | **2116-CV05550 - LHRET ASCENSION SJ, LLC V RESTORATIVE BRAIN CLINIC** | | | | **$83,000.00** |
| **Missouri Department of Revenue** **PO Box 475** **Jefferson City, MO 65105-0475** | | **2019 tax returns** | | | | **$2,100.00** |
| **Round Table Financial** **610 Newport Center Dr.** **Ste. 1250** **Newport Beach, CA 92660** | | **UCC File No. 1809131999391** **line of credit - invoice factoring "All present and future assets of debtor, wherever located, together with all procee** | | **$140,000.00** | **Unknown** | **Unknown** |
| **Small Business Administration (SBA)** **District Counsel** **220 West Douglas Ave, Ste. 450** **Wichita, KS 67202** | | **PPP loan(s) - Debtor is seeking forgiveness of both loans** | **Unliquidated** | | | **$0.00** |
| **Thermo Fisher Scientific** **168 Third Ave.** **Waltham, MA 02451** | | **goods provided** | | | | **$21,000.00** |
| **William Said** **16260 High Drive** **Stilwell, KS 66085** | | **loans to business** | | | | **$204,000.00** |

# United States Bankruptcy Court
## Western District of Missouri

In re   **Restorative Brain Clinic, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Arthur Still<br>9813 Betsy Ross Court<br>Liberty, MO 64068** | | | **3.5%** |
| **Barry Land<br>12807 W 122nd Terr<br>Overland Park, KS 66213** | | | **15%** |
| **Deana Pugel<br>8000 W. 127th St.<br>Overland Park, KS 66213** | | | **6.6%** |
| **Dr. Johnathan Downar<br>62 Old Orchard Rd<br>Carrying Place, Ontario<br>Canada  KOKIL0** | | | **5%** |
| **FISH<br>13902 West 108th St.<br>Lenexa, KS 66215** | | | **5%** |
| **Gary Neilsen<br>14512 Grandview St.<br>Overland Park, KS 66221** | | | **19%** |
| **Mark Osborne<br>address unknown** | | | **.3%** |
| **Scott Jones<br>9246 Falcon Ridge Dr.<br>Lenexa, KS 66220** | | | **10%** |
| **Tom McNally<br>4195 15th Side Road<br>King City Ontario<br>L7B 1K4** | | | **8%** |
| **William Said<br>16260 High Drive<br>Stilwell, KS 66085** | | | **27.6%** |

In re:  **Restorative Brain Clinic, Inc.** _____    Case No. _____
                                                Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **July 13, 2021** _____        Signature   **/s/ William (Bill) Said** _____
                                                                    **William (Bill) Said**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Restorative Brain Clinic, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF MISSOURI</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................................   $                0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................   $        117,100.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................   $        117,100.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $        883,069.33

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $        21,400.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$        563,000.00

4.    Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b               $       1,467,469.33

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Restorative Brain Clinic, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$30,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | 8413 | **$0.00** |
| 3.2. | **Bank of America** | **Checking** | 2562 | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                            **$30,000.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Insurance co-pays** | **$2,100.00** |
|---|---|---|

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** — $2,100.00
Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 11b. Over 90 days old: | 85,000.00 | - | 0.00 | =.... | $85,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** — $85,000.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office equipment and misc. holdings includes furniture, 5 large TVs** | $8,000.00 | N/A | Unknown |

---

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                   | **$0.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Restorative Brain Clinic, Inc.** _____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$30,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,100.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$85,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$117,100.00** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$117,100.00** |

**Fill in this information to identify the case:**

Debtor name **Restorative Brain Clinic, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** **Ameris Bank Corp.**<br>Creditor's Name<br><br>**285 S Broad St.**<br>**Ellaville, GA 31806**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**judgment in Jackson County Circuit Court<br>Case No. 1916-CV22821; equipment as<br>collateral** | $80,569.33 | $45,000.00 |
| | Describe the lien<br>**unknown**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**judgment date 05/26/2020**<br>Last 4 digits of account number | ☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Do multiple creditors have an<br>interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ascentium Capital, LLC**<br>Creditor's Name<br>**Dressler Peters, LLC<br>901 E. St. Louis St, Ste. 200<br>Springfield, MO 65806**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Sciex 4500 machine** | $220,000.00 | $180,000.00 |
| | Describe the lien<br>**potentially one of the unnamed UCC liens**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**judgment date 2/11/2020**<br>Last 4 digits of account number | ☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Do multiple creditors have an<br>interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | **Restorative Brain Clinic, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of Blue Valley** | Describe debtor's property that is subject to a lien | $22,500.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | UCC File Number 1808011812370 | | |

**All assets of Debtor**
**Without Lender/Secured Party's written**
**approval, Borrower/Debtor/Grantor will not**
**pledge, factor, transfer, sell or in any manner**
**grant a security interest in or any other**
**interest......**

**11935 Riley**
**Overland Park, KS 66225**
Creditor's mailing address

Describe the lien
**UCC lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**08/1/2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Brainsway USA Inc.** | Describe debtor's property that is subject to a lien | $270,000.00 | $270,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **lease agreement on schedule G - amount** | | |

**3 University Plaza, Suite**
**503**
**Hackensack, NJ 07601**
Creditor's mailing address

**remaining on lease for equipment**
**Dispute over accounting on payments for**
**2019-prsent**

Describe the lien
**unknown**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**10/23/2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **CT Lien Solutions** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

---

Debtor   **Restorative Brain Clinic, Inc.**
       Name

Case number (if known) _____

---

Creditor's Name

The equipment, personal prooerty and other assets (collectively, 'Property'), financed under, covered by or described in the lease, rental equipment finance agreement  or installmetn payment agreement designated as Agreement No 2293501.....

**PO Box 3248**
**Houston, TX 77253-3248**
Creditor's mailing address

Describe the lien
**UCC Lien 1805291510443**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05/29/2018**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **CT Lien Solutions** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

The equipment, personal property and other assets (collectively, 'Property'), financed under, covered by or described in the lease, rental equipment finance agreement  or installmetn payment agreement designated as Agreement No 2293396

**PO Box 3248**
**Houston, TX 77253-3248**
Creditor's mailing address

Describe the lien
**UCC Lien #1805291510736**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**05/29/2018**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **De Lage Landen Financial Services, Inc.** | Describe debtor's property that is subject to a lien | **$150,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

The equipment, personal property and other assets (collectively, "Property"), financed under, covered by or described in the lease, rental, equipment finance agreement or installment payment agreement designated as Agreement No. 2293396....

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

Describe the lien
**UCC File Number 1805291510736**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 5

Debtor    **Restorative Brain Clinic, Inc.**
_____    Case number (if known) _____
Name

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**05/29/2018**
**Last 4 digits of account number**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Round Table Financial** | Describe debtor's property that is subject to a lien | $140,000.00 | Unknown |

Creditor's Name

**UCC File No. 1809131999391**

**610 Newport Center Dr. Ste. 1250**
**Newport Beach, CA 92660**

Creditor's mailing address

**line of credit - invoice factoring**
**"All present and future assets of debtor, wherever located, together with all proceeds"**

**Describe the lien**
**UCC lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**09/13/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $883,069.33

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ameris Bank**<br>**24 Second Ave. SE**<br>**Moultrie, GA 31768** | Line  2.1 | |
| **CT Coproration System**<br>**330 N Brand Ave, Ste. 700**<br>**Attn: SPRS**<br>**Glendale, CA 91203** | Line  2.5 | |

---

7/13/21 12:56PM

Debtor   **Restorative Brain Clinic, Inc.**

Name

Case number (if known)

**CT Coproration System**
**330 N Brand Ave, Ste. 700**
**Attn:  SPRS**
**Glendale, CA 91203**

Line __2.6__

**Matthew Duane Stromberg**
**32 Corporate Woods, Ste. 600**
**9225 Indian Creek Parkway**
**Overland Park, KS 66210**

Line __2.1__

**Menachem Klein, Esq.**
**300 Knickerbocker Rd**
**Cresskill, NJ 07626**

Line __2.4__

**Fill in this information to identify the case:**

Debtor name      **Restorative Brain Clinic, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,300.00 | $19,300.00 |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**2019 tax liabiltiies** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Missouri Department of Revenue**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,100.00 | $2,100.00 |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**2019 tax returns** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

                                                                              Amount of claim

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**ADP**
**16011 College Blvd.**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **services performed**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**BANK OF AMERICA**
**PO BOX 982238**
**El Paso, TX 79998-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **overdrafted bank accounts**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**Dr. Hemant Thakur**
**13425 73rd Ave N**
**Seminole, FL 33776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **back wages from 2020**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,600.00 |
|---|---|---|---|

**Dr. Mahmoud Wahba**
**8009 West 113th Terrace**
**Overland Park, KS 66210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **2/9/2021 judgment entered**

Basis for the claim:  **Judgment in Jackson County, Missouri Circuit Court Case No. 1916-CV29449**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Gary Neilsen**
**14512 Grandview St.**
**Overland Park, KS 66221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **loan(s) to business**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,000.00 |
|---|---|---|---|

**LHRET Ascension SJ, LLC**
**c/o Troppito Miller Griffin**
**105 E Fifth St, Ste. 500**
**Kansas City, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **2116-CV05550 - LHRET ASCENSION SJ, LLC V RESTORATIVE BRAIN CLINIC**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Small Business Administration (SBA)**
**District Counsel**
**220 West Douglas Ave, Ste. 450**
**Wichita, KS 67202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **PPP loan(s) - Debtor is seeking forgiveness of both loans**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Restorative Brain Clinic, Inc.** | | Case number (if known) | |
|--------|------------------------------------|--|------------------------|--|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|-----|---|---|---|
| | **Thermo Fisher Scientific**<br>**168 Third Ave.**<br>**Waltham, MA 02451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __goods provided__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,000.00 |
|-----|---|---|---|
| | **William Said**<br>**16260 High Drive**<br>**Stilwell, KS 66085** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __loans to business__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Julie Anderson**<br>**4006 Central Street**<br>**Kansas City, MO 64111** | Line __3.4__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Ketchmark & McReight, PC**<br>**11161 Overbrook Road, Ste. 210**<br>**Leawood, KS 66211** | Line __3.4__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **United States Attorney**<br>**400 E. 9th St, Room 5510**<br>**Attn:  Civil Process**<br>**Kansas City, MO 64106** | Line __3.7__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **United States Attorney General**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530** | Line __3.7__<br><br>☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 21,400.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 563,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 584,400.00 |

7/13/21 12:56PM

**Fill in this information to identify the case:**

Debtor name   **Restorative Brain Clinic, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **equipment** | |
| State the term remaining — **1 year** | **Ameris Bank Corp.** |
| List the contract number of any government contract | **285 S Broad St.** **Ellaville, GA 31806** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — **equipment** | |
| State the term remaining — **2 years** | **Ascentium Capital, LLC** **Dressler Peters, LLC** |
| List the contract number of any government contract | **901 E. St. Louis St, Ste. 200** **Springfield, MO 65806** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining — **2 years** | **Brainsway Ltd.** **300 Knickerbocker Rd.** |
| List the contract number of any government contract | **Cresskill, NJ 07626** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

7/13/21 12:56PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Restorative Brain Clinic, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Cox Scientific** | **C/O William Said**<br>**11411 W 87th Terr**<br>**Overland Park, KS 66214** | **Ascentium Capital, LLC** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Cox Scientific** | **C/O William Said**<br>**11411 W 87th Terr**<br>**Overland Park, KS 66214** | **Brainsway USA Inc.** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Gary Neilsen** | **14512 Grandview St.**<br>**Overland Park, KS 66221** | **Ascentium Capital, LLC** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Gary Neilsen** | **14512 Grandview St.**<br>**Overland Park, KS 66221** | **Brainsway USA Inc.** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **William Said** | **16260 High Drive**<br>**Stilwell, KS 66085** | **Dr. Mahmoud Wahba** | ☐ D _____<br>■ E/F   **3.4**<br>☐ G _____ |

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | |
|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **William Said** | 16260 High Drive<br>Stilwell, KS 66085 | **Ascentium Capital, LLC** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **William Said** | 16260 High Drive<br>Stilwell, KS 66085 | **Brainsway USA Inc.** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Restorative Brain Clinic, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other   **Billings** | $260,000.00 |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other   **Billings** | $450,000.00 |
| **For year before that:** From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Billings** | $865,000.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | **PPP money** | $86,000.00 |
| **For prior year:** From  **1/01/2020** to **12/31/2020** | **PPP money** | $89,200.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Restorative Brain Clinic, Inc.** | | Case number *(if known)* | |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 04/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |

---

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ASCENTIUM CAPITAL V RESTORATIVE BRAIN ET AL** 1916-CV22234 | **Replevin** | **Circuit Court of Jackson County, MO** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | **Ameris Bank Corp. v. Restorative Brain Clinic et Al.** 1916-CV22821 | **Breach of Contract** | **Circuit Court of Jackson County, MO** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | **MAHMOUD M. WAHBA M.D. V RESTORATIVE BRAIN CLI ET AL** 1916-CV29449 | **Breach of Contract** | **Circuit Court of Jackson County, MO** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | **LHRET ASCENSION SJ, LLC vs. Restorative Brain Clinic** 2116-CV05550 | **Rent and Possession** | **Circuit Court of Jackson County, MO** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Significant funds stolen by former business manager** | **none yet** | **2020-2021** | **Unknown** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **WM Law, PC**<br>**15095 West 116th Street**<br>**Olathe, KS 66062** | **Attorney Fees (plus amount available for filing fee)** | **6/21/2021;**<br>**7/8/2021** | **$10,000.00** |
| | **Email or website address**<br>**bankruptcy@wagonergroup.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Barry Land** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:  Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1010 Carondelet Dr., Ste. 112**<br>**Kansas City, MO 64114** | **06/03/2018 - 03/31/2021** |

---

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|---|
| 15.1. | **Restorative Brain Clinic** | **outpatient mental heatlh treatment facility** | **300** |
| | | Location where patient records are maintained (if different from<br>facility address). If electronic, identify any service provider.<br>**CareParths (cloud storage)** | How are records kept?<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

---

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**brain measurements (skullcaps), socal security numbers, doctor's**
**notes, private medial information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

Debtor    **Restorative Brain Clinic, Inc.**                                    Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Restorative Brain Clinic, Inc.**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service |
| | From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are |
| | unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **Restorative Brain Clinic, Inc.** | Case number *(if known)* |
|---|---|---|

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| list of shareholders | see Corporate Equity list | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **William Said**<br>**16260 High Drive**<br>**Stilwell, KS 66085** | **$10,000** | **1/2021** | **repayment on loan** |
| | **Relationship to debtor**<br>**president and major shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Restorative Brain Clinic, Inc.**                                              Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 13, 2021**

**/s/ William (Bill) Said**                                      **William (Bill) Said**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Missouri

In re   **Restorative Brain Clinic, Inc.**

                              Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:   **July 13, 2021**

**/s/ William (Bill) Said**

**William (Bill) Said**/President
Signer/Title

ADP
16011 College Blvd.
Lenexa KS 66219


Ameris Bank
24 Second Ave. SE
Moultrie GA 31768


Ameris Bank Corp.
285 S Broad St.
Ellaville GA 31806


Ascentium Capital, LLC
Dressler Peters, LLC
901 E. St. Louis St, Ste. 200
Springfield MO 65806


BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238


Bank of Blue Valley
11935 Riley
Overland Park KS 66225


Brainsway Ltd.
300 Knickerbocker Rd.
Cresskill NJ 07626


Brainsway USA Inc.
3 University Plaza, Suite 503
Hackensack NJ 07601


Cox Scientific
C/O William Said
11411 W 87th Terr
Overland Park KS 66214


CT Coproration System
330 N Brand Ave, Ste. 700
Attn: SPRS
Glendale CA 91203

CT Lien Solutions
PO Box 3248
Houston TX 77253-3248


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne PA 19087


Dr. Hemant Thakur
13425 73rd Ave N
Seminole FL 33776


Dr. Mahmoud Wahba
8009 West 113th Terrace
Overland Park KS 66210


Gary Neilsen
14512 Grandview St.
Overland Park KS 66221


Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346


Julie Anderson
4006 Central Street
Kansas City MO 64111


Ketchmark & McReight, PC
11161 Overbrook Road, Ste. 210
Leawood KS 66211


LHRET Ascension SJ, LLC
c/o Troppito Miller Griffin
105 E Fifth St, Ste. 500
Kansas City MO 64106


Matthew Duane Stromberg
32 Corporate Woods, Ste. 600
9225 Indian Creek Parkway
Overland Park KS 66210

Menachem Klein, Esq.
300 Knickerbocker Rd
Cresskill NJ 07626


Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475


Round Table Financial
610 Newport Center Dr.
Ste. 1250
Newport Beach CA 92660


Small Business Administration (SBA)
District Counsel
220 West Douglas Ave, Ste. 450
Wichita KS 67202


Thermo Fisher Scientific
168 Third Ave.
Waltham MA 02451


United States Attorney
400 E. 9th St, Room 5510
Attn: Civil Process
Kansas City MO 64106


United States Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530


William Said
16260 High Drive
Stilwell KS 66085

# United States Bankruptcy Court
## Western District of Missouri

In re   **Restorative Brain Clinic, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Restorative Brain Clinic, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Deana Pugel**
**8000 W. 127th St.**
**Overland Park, KS 66213**

**Mark Osborne**
**address unknown**

☐ None [*Check if applicable*]

July 13, 2021

Date

/s/ Ryan A. Blay

**Ryan A. Blay KS-001066**

Signature of Attorney or Litigant
Counsel for   **Restorative Brain Clinic, Inc.**

**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909 Fax:(913) 428-8549**
**bankruptcy@wagonergroup.com**